141 A.3d 293

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. ANTHONY "SCOOP" MITCHELL, DEFENDANT–
PETITIONER.

June 3, 2016.

Denied.